IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIE NONEMACHER and
THOMAS H. NONEMACHER,

    Plaintiffs,

v.

RAIN & HAIL, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-632-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting summary judgment in favor of defendant Rain & Hail, LLC and dismissing this case.

_Peter Oppeneer_      7/11/12
Peter Oppeneer, Clerk of Court      Date